UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,

VS.                            CASE NO. 2:11-CR-129-FTM-99SPC

BENJAMIN MICHAEL KIERNEY,
         Defendant.
_____

**ORDER**

This matter comes before the Court on the Motion for the Defendant to Get Married (Doc. #84) while in custody, filed on April 17, 2012. The Defendant is scheduled for sentencing on June 15, 2012, and desires to marry Bobbi Jean Thornton, his fiance'.

Accordingly, it is now

**ORDERED**

The Motion for the Defendant to Get Married (Doc. #84) is **GRANTED** to the extent that the marriage must conform to all rules and regulations regarding marriages as set forth by the U.S. Marshal Service and the Glades County Jail.

**DONE AND ORDERED** at Fort Myers, Florida, this   19th   day of April, 2012.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record